In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-084 CV


____________________



IN RE TIMOTHY PAUL MARTIN






Original Proceeding






MEMORANDUM OPINION (1)


 Relator seeks a writ of mandamus to compel observance of statutory provisions by
the Jefferson County District Attorney. Relator has not shown that the writ is necessary
to enforce our jurisdiction. See Tex. Gov't Code Ann. § 22.221 (Vernon Supp. 2003). 
 The petition for writ of mandamus, filed February 25, 2003, is DENIED.

 PER CURIAM

Opinion Delivered March 6, 2003 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.